ACCEPTED
15-25-00058-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:23 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00058-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:23:11 PM
CHRISTOPHER A. PRINE
Clerk

BE&K BUILDING GROUP, LLC,

*Appellee,*

*v.*

THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY
SYSTEM,

*Appellant.*

On Appeal from the
272nd Judicial District Court, Brazos County

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant moves to extend the time to file their opening appellant's brief by 30 days, from the current deadline of May 22, 2025, to a proposed new deadline of June 23.

## I.

The clerk's record and reporter's record in this case were filed on May 2, 2025, making appellant's brief due on May 22. Tex. R. App. P. 38.6(a). Appellant now requests a 30-day extension of the time to file that brief, which would create a new deadline of June 18. This is Appellant's first request for an extension.

## II.

This extension is not sought for delay but to accommodate the schedule of Appellant's counsel, Jacob Beach. Mr. Beach's recent and upcoming deadlines

include drafting or assisting with the follow briefs: (1) reply brief on the merits in *In re MCP 191*, No. 24-8028, filed in the United States Court of Appeals for the First Circuit on May 13; (2) response brief in *Anadarko Petroleum Corp. v. Hegar*, No. 24-0257, requested by the Texas Supreme Court and currently due May 22; and (3) appellants' brief in *Texas A&M Queer Empowerment Council v. Mahomes*, No. 24-40568, currently pending in the United States Court of Appeals for the Fifth Circuit and due June 2. Moreover, because Mr. Beach is new to the case, additional time to review the record and to research and analyze the issues presented in this appeal will allow for a thorough and helpful brief.

Accordingly, Appellant requests an additional 30 days in which to prepare its appellant's brief. Appellee does not oppose this motion.

## PRAYER

For the foregoing reasons, Appellant respectfully requests that the Court grant them a 30-day extension to file their appellant's brief, creating a new deadline of June 23.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Jacob C. Beach
JACOB C. BEACH
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

State Bar No. 24116083
Jacob.Beach@oag.texas.gov

Counsel for Appellant

## CERTIFICATE OF CONFERENCE

I certify that on May 13, 2025, I conferred by email with Thomas Crist, lead counsel for Appellee, and he does not oppose this motion.

/s/ Jacob C. Beach
JACOB C. BEACH

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Jacob Beach
Bar No. 24116083
toni.shah@oag.texas.gov
Envelope ID: 100771658
Filing Code Description: Motion
Filing Description: 20250513 BEK MET
Status as of 5/13/2025 1:31 PM CST

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Frank Domino | 24038864 | frankdomino@mehaffyweber.com | 5/13/2025 1:23:11 PM | SENT |
| Thomas Crist | 24119645 | tcrist@beneschlaw.com | 5/13/2025 1:23:11 PM | SENT |
| Jonathon Korinko | | jkorinko@beneschlaw.com | 5/13/2025 1:23:11 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 5/13/2025 1:23:11 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 5/13/2025 1:23:11 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 5/13/2025 1:23:11 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 5/13/2025 1:23:11 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 5/13/2025 1:23:11 PM | SENT |